1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    WALTER JOHNSON,                          No.  2:14-cv-1506 CKD P

12                   Petitioner,

13          v.                                  ORDER AND

14    KEVIN CHAPPELL,                           FINDINGS AND RECOMMENDATIONS

15                   Respondent.

16

17

18          Petitioner is a state prisoner proceeding pro se with an application for writ of habeas

19    corpus pursuant to 28 U.S.C. § 2254, together with an application to proceed in forma pauperis.

20    Examination of the in forma pauperis application reveals that petitioner is unable to afford the

21    costs of suit.  Accordingly, the application to proceed in forma pauperis will be granted.  See 28

22    U.S.C. § 1915(a).

23          Petitioner challenges his 2002 conviction in the Sacramento County Superior Court for

24    attempted murder, residential burglary, assault, and related charges. (ECF No. 1.)  The court has

25    examined its records and finds that petitioner challenged this same conviction in an earlier habeas

26    petition, Johnson v. Evans, 2:05-cv-1223 JAM DAD (E.D. Cal.), which was denied on the merits

27    on February 4, 2010.

28

1

1    A petition is second or successive if it makes "claims contesting the same custody

2    imposed by the same judgment of a state court" that the petitioner previously challenged, and on

3    which the federal court issued a decision on the merits.  Burton v. Stewart, 549 U.S. 147, 153

4    (2007).   Before filing a second or successive petition in district court, a petitioner must obtain

5    from the appellate court "an order authorizing the district court to consider the application."  28

6    U.S.C. § 2244(b)(3)(A).  Without an order from the appellate court, the district court is without

7    jurisdiction to consider a second or successive petition.  See Burton, 549 U.S. at 152, 157.  As

8    petitioner offers no evidence that the appellate court has authorized this court to consider a second

9    or successive petition challenging his 2002 conviction, this action should be dismissed for lack of

10   jurisdiction.

11         Accordingly, IT IS HEREBY ORDERED THAT:

12         1.   Petitioner's motion to proceed in forma pauperis (ECF No. 2) is granted.

13         2.  The Clerk of Court shall assign a district judge to this action.

14         IT IS HEREBY RECOMMENDED THAT:

15         1. The petition be dismissed for lack of jurisdiction; and

16         2.  This case be closed.

17         These findings and recommendations are submitted to the United States District Judge

18   assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

19   after being served with these findings and recommendations, petitioner may file written

20   objections with the court.  Such a document should be captioned "Objections to Magistrate

21   Judge's Findings and Recommendations."  Petitioner is advised that failure to file objections

22   within the specified time may waive the right to appeal the District Court's order.  Martinez v.

23   Ylst, 951 F.2d 1153 (9th Cir. 1991).

24   Dated:  July 9, 2014

25                                              CAROLYN K. DELANEY
26                                              UNITED STATES MAGISTRATE JUDGE

27

28   2 / john1506.succ_fr